United States District Court
Southern District of Texas

**ENTERED**

January 15, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:20-CR-01125 |
| | § | |
| JUAN ANTONIO ZAVALA, JR | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on October 1, 2020. A petition for action on pretrial release was filed on May 3, 2020 with the Court alleging that Defendant violated conditions 1, that he not violate federal, state, or local law while on bond and 7(l), that he not use alcohol excessively. Defendant pled true to the allegation that he used alcohol excessively. Specifically, the petition alleges the following facts:

> On November 5, 2020, at 3:46 p.m., police officers with the Sullivan City Police Department were dispatched to a residence in Sullivan, Texas, in reference to a domestic dispute. Officers made contact with the defendant, Nancy Salinas, and the defendant's wife, Alondra Salinas. While interviewing Nancy, it was reported that Zavala had assaulted Alondra. Police officers noted that Alondra was observed to have multiple red markings on her chest area, swollen lips and a swollen left eye. Alondra denied needing medical attention however, reported that she was struck by Zavala to her face and chest area after a verbal dispute about Zavala being under the influence of alcohol. Alondra reported that Zavala had been intoxicated for three days and officers observed Zavala to exhibit slurred speech and emitting a strong odor of alcohol. Alondra advised officers that she wanted to file charges against

Zavala for the assault. Officers attempted to arrest Zavala however, he began to resist by pulling away and hitting his head on the hood of a vehicle. After a brief altercation, Zavala was detained and placed under arrest for assault family violence a class A misdemeanor. Zavala was released from the Hidalgo County Jail on November 11, 2020 on a $10,000 surety bond and the charges remain pending at this time.

Based on the facts reflected above, on November 5, 2020, in Sullivan Texas, Juan Antonio Zavala, did intentionally, knowingly, or recklessly cause bodily injury to Alondra Salinas, in violation of Texas Penal Code Section 22.01 (a)(1).

Furthermore, Zavala used alcohol excessively as evidence by the details of the arrest above.

The following requires detention of the defendant pending trial in this case:

(1)    There is clear and convincing evidence that the Defendant has violated the condition of release;

(2)    Based on the factors in section 3142(g) of Title 18, there is no condition or combination of conditions of release that will assure that the Defendant will not flee or pose a danger to the safety of any other person or the community; and

(3)    Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the

2 / 3

defendant to the United States Marshal for the purpose of an appearance in connection with

a court proceeding.

ORDERED on January 15, 2021.

_____
Julie K. Hampton
United States Magistrate Judge